IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERICK SMITH,**

    **Plaintiff,**

vs.                                                         1:07CV58-MP/AK

**D. R. FARCAS, et al,**

    **Defendants .**

_____/

**O R D E R**

    Presently before the Court is Plaintiff's Motion for Extension of Time to file an amended civil rights complaint. (Doc. 22). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through August 4, 2008, to comply with the Court's previous order regarding an amended complaint.

    **DONE AND ORDERED** this **14th** day of July, 2008.

                                                   _s/ A. KORNBLUM_
                                                   **ALLAN KORNBLUM**
                                                   **UNITED STATES MAGISTRATE JUDGE**