IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERICK SMITH,**

    **Plaintiff,**

vs.        1:07CV58-MP/AK

**D. R. FARCAS, et al,**

    **Defendants .**

_____/

## O R D E R

Presently before the Court is Plaintiff's Third Motion for Extension of Time to file an amended civil rights complaint. (Doc. 27). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, but that no further extensions of time should be granted. Plaintiff shall have through September 30, 2008, to comply with the Court's previous order regarding an amended complaint and he should make whatever arrangements necessary to complete, copy and submit the amended complaint so that this case may go forward.

**DONE AND ORDERED** this **18th** day of September, 2008.

        s/ A Kornblum
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**