**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DERICK SMITH,**

    **Plaintiff,**

**vs.**                                                  **CASE NO. 1:07CV058-MP/AK**

**WALTER A. MCNEIL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Upon review of the complaint filed in this cause and after explanation from the Plaintiff, (doc. 18), the Court determined that this action and another suit stating similar claims (Case No. 1:06cv195) should proceed separately, but that an amended pleading was necessary in the present lawsuit in order to go forward. (Doc. 21). Plaintiff was directed to file an amended pleading on or before July 7, 2008, (doc. 21), and by Order dated July 14, 2008, (doc. 24) Plaintiff was granted an extension of time through August 4, 2008. Plaintiff sought two more extensions of time (docs. 25 and 27), which were granted through September 30, 2008. (Docs. 26, 28). As of this date, there has been no response to the Court's previous orders directing an amended pleading be filed or any further communication by Plaintiff with the Court.

The other case, No. 1:06cv195, was dismissed on December 29, 2008.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court (docs. 21 and 28), and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __19th__ day of May, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No.1:07CV058-MP/AK