IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DERICK SMITH,

    Plaintiff,

v.                                                      CASE NO. 1:07-cv-00058-MP-AK

S MONTIJO BANASCO, T J COLLINS, C DEVORE, OLESTER DICKENS, D R FARCAS, TIONYA HUDSON, D W MCCALLUM, MICHELLE D MILLER, M A PLESKOVICH, POLHILL, T C QUEEN, CHANA M WATSON, GILLIAN L WOODARD,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute and to follow an order of the Court. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has failed to follow the Magistrate Judge's order to file an amended complaint. Thus, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This matter is dismissed without prejudice, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this *8th* day of July, 2009

                                      *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge